```
                          FILED
                   CLERK U.S. DISTRICT COURT

                        AUG 11 2010

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,          )<br>                                )<br>     v.                         )<br>                                )<br> James Daniels                  )<br>                                )<br>          Defendant.           )<br>_____) | NO.: 10-1980 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of New York for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ( ✓ ) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is

Deten[2].ord

1  based on _absence of information regarding ties to the_
2  _community + bail resources + nature of violation._
3  _____
4  _____
5      and/or
6  B.  (✓)  The defendant has not met (his)/her burden of establishing by
7       clear and convincing evidence that (he)/she is not likely to pose
8       a danger to the safety of any other person or the community if
9       released under 18 U.S.C. § 3142(b) or (c). This finding is based
10      on _defendant's criminal history and supervised release_
11      _status._
12  _____
13  _____
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  DATED: _8/4/10_
18
19                          _/s/ Carla M. Woehrle_
20                          Hon. Carla Woehrle
                            United States Magistrate Judge

Deten[2].ord                          2